1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10

| | |
|---|---|
| STEPHEN MCCAUSLAND, an individual, | Case No.  3:16-cv-05018 |
| Plaintiff, | **VERIFICATION OF STATE COURT RECORDS** |
| vs. | |
| MICHAEL V. LONG and ELIZABETH LONG, husband and wife and the marital community composed thereof; and RENAISSANCE CHIROPRACTIC CENTER, P.S.; jointly and severally, | |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23

        Defendants Michael V. Long, Elizabeth Long and Renaissance Chiropractic Center, P.S.,

by and through their undersigned counsel of record, hereby certify that true and correct copies of

all records and proceedings from the state court action, *McCausland v. Long, et al.,* Pierce

County Superior Court Cause No. 15-2-12191-5, as they existed on January 8, 2016, are attached

as Exhibit A.  These include the items listed below, and are exclusive of the Complaint and Jury

Demand which were attached to the Notice of Removal already on file in this Court.

24
25
26

- •   Case Information Cover Sheet;
- •   Order Setting Original Case Schedule;
- •   Summonses (3);
- •   Declarations of Service on Defendants (3);
- •   Notice of Appearance;

DEFS' VERIFICATION OF STATE
COURT PLEADINGS - 1

# EXHIBIT A

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 17 2015 12:33 PM

KEVIN STOCK
COUNTY CLERK
NO: 15-2-12191-5

# SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY
## CASE COVER SHEET / CIVIL CASES

Case Title_STEPHEN MCCAUSLAND VS.  MICHAEL V. LONG_ Case Number_15-2-12191-5_____

Atty/Litigant_THOMAS BRADLEY NEDDERMAN_____ Bar #_28944_____ Phone_(206) 441-4455_____

Address_200 W Thomas St Ste 500_____

City_SEATTLE_____ State_WA_____ Zip_98119_____

Please check one category that best describes this case for indexing purposes.

*If you cannot determine the appropriate category, please describe the cause of action below. This will create a Miscellaneous cause which is not subject to PCLR3*

**APPEAL / REVIEW**
☐ Administrative Law Review (ALR 2) *REV 6*
☐ Civil, Non-Traffic (LCA 2) *REV 6*
☐ Civil, Traffic (LCI 2) *REV 6*
☐ Land Use Petition (LUP 2) LUPA

**CONTRACT / COMMERCIAL**
☐ Breach of Contract, Commercial Non-Contract or Commercial-Contract (COM 2) *STANDARD*
☐ Third Party Collection (COL 2) *REV 4*

**JUDGMENT**
☐ Judgment, Another County or Abstract Only (ABJ 2) *Non PCLR*
☐ Transcript of Judgment (TRJ 2) *Non PCLR*
☐ Foreign Judgment Civil or Judgment, Another State (FJU 2) *Non PCLR*

**TORT / MOTOR VEHICLE**
☐ Death, Non-Death Injuries or Property Damage Only (TMV 2) *STANDARD*

**TORT / NON MOTOR VEHICLE**
☐ Other Malpractice (MAL 2) *COMPLEX*
☐ Personal Injury (PIN 2) *STANDARD*
☐ Property Damage (PRP 2) *STANDARD*
☐ Wrongful Death (WDE 2) *STANDARD*
☑ Other Tort, Products Liability or Asbestos (TTO 2) *COMPLEX*

**PROPERTY RIGHTS**
☐ Condemnation (CON 2) *STANDARD*
☐ Foreclosure (FOR 2) *REV 4*
☐ Property Fairness (PFA 2) *STANDARD*
☐ Quiet Title (QTI 2) *STANDARD*
☐ Unlawful Detainer / Eviction (UND 2) *REV 4*
☐ Unlawful Detainer / Contested (UND 2) *REV 4*

**OTHER COMPLAINT OR PETITION**
☐ Compel/Confirm Bind Arbitration, Deposit of Surplus Funds, Interpleader, Subpoenas, Victims' Employment Leave, or Wireless Number Disclosure, Miscellaneous (MSC 2) *REV 4*
☐ Injunction (INJ 2) *REV 4*
☐ Malicious Harassment (MHA 2) *Non PCLR*
☐ Meretricious Relationship (MER 2) *REV 4*
☐ Minor Settlement/No Guardianship (MST2) *REV 4*
☐ Pet for Civil Commit/Sex Predator (PCC2) *REV 4*
☐ Property Damage Gangs (PRG 2) *REV 4*
☐ Relief from Duty to Register (RDR) *REV 12*
☐ Restoration of Firearm Rights (RFR 2) *REV4*
☐ Seizure of Property/Comm. of Crime(SPC2) *REV 4*
☐ Seizure of Proprty Reslt from Crime(SPR2) *REV 4*
☐ Trust/Estate Dispute Resolution (TDR2) *REV 12*

**TORT / MEDICAL MALPRACTICE**
☐ Hospital, Medical Doctor, or Other Health Care Professional (MED2)*COMPLEX*

**WRIT**
☐ Habeas Corpus (WHC 2) *REV 4*
☐ Mandamus (WRM 2) *REV 4*
☐ Review (WRV 2) *REV 4*
☐ Miscellaneous Writ (WMW 2) *REV 4*

Miscellaneous _____

Revised 10/17/14

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 17 2015 12:33 PM

KEVIN STOCK
COUNTY CLERK
NO: 15-2-12191-5

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY**

STEPHEN MCCAUSLAND

    Plaintiff(s)

Vs.

MICHAEL V. LONG

    Defendant(s)

No. 15-2-12191-5

ORDER SETTING CASE SCHEDULE

Type of case:         TTO
Estimated Trial (days):
Track Assignment:     Complex
Assignment Department:   04
Docket Code:       **ORSCS**

| | |
|---|---|
| Confirmation of Service | 10/29/2015 |
| Confirmation of Joinder of Parties, Claims and Defenses | 3/17/2016 |
| Jury Demand | 3/24/2016 |
| Status Conference (Contact Court for Specific Date) | Week of 4/28/2016 |
| Plaintiff's/Petitioner's Disclosure of Primary Witnesses | 6/9/2016 |
| Defendant's/Respondent's Disclosure of Primary Witnesses | 7/7/2016 |
| Disclosure of Rebuttal Witnesses | 10/20/2016 |
| Deadline for Filing Motion to Adjust Trial Date | 11/10/2016 |
| Discovery Cutoff | 12/29/2016 |
| Exchange of Witness and Exhibit Lists and Documentary Exhibits | 1/19/2017 |
| Deadline to file Certificate or Declaration re: Alternative Dispute Resolution (PCLR 16 (c)(3)) | 2/2/2017 |
| Deadline for Hearing Dispositive Pretrial Motions | 2/2/2017 |
| Joint Statement of Evidence | 2/2/2017 |
| Pretrial Conference (Contact Court for Specific Date) | Week of 2/23/2017 |
| Trial | 3/16/2017 9:00 |

**<u>Unless otherwise instructed, ALL Attorneys/Parties shall report to the trial court at 9:00 AM on the date of trial.</u>**

**NOTICE TO PLAINTIFF/PETITIONER**

If the case has been filed, the plaintiff shall serve a copy of the Case Schedule on the defendant(s) with the summons and complaint/ petition: Provided that in those cases where service is by publication the plaintiff shall serve the Case Schedule within five (5) court days of service of the defendant's first response/appearance. If the case has not been filed, but an initial pleading is served, the Case Schedule shall be served within five (5) court days of filing. See PCLR 3.

**NOTICE TO ALL PARTIES**

All attorneys and parties shall make themselves familiar with the Pierce County Local Rules, particularly those relating to case scheduling. Compliance with the scheduling rules is mandatory and failure to comply shall result in sanctions appropriate to the violation. If a statement of arbitrability is filed, PCLR 3 does not apply while the case is in arbitration.

Dated: September 17, 2015

Judge BRYAN CHUSHCOFF
Department 04

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 17 2015 12:33 PM

KEVIN STOCK
COUNTY CLERK
NO: 15-2-12191-5

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

STEPHEN MCCAUSLAND, an individual;

    Plaintiff,

  vs.

MICHAEL LONG and ELIZABETH LONG, husband and wife and the marital community composed thereof ; and RENAISSANCE CHIROPRACTIC CENTER, P.S.; jointly and severally,

    Defendants.

NO.

**SUMMONS**

**TO:   MICHAEL LONG, Defendant.**

  A lawsuit has been started against you in the above entitled court by Plaintiff Stephen McCausland, and each claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

  In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within twenty (20) days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where the Plaintiff, Stephen McCausland, is entitled to what is asked for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS - 1

FLOYD, PFLUEGER & RINGER P.S.

200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484

EX A TO VERIFICATION - 7

1

2      You may demand that the Plaintiff file the Complaint with the court. If you do so, the

3  demand must be in writing and must be served upon the person signing this summons. Within

   fourteen (14) days after you serve the demand, the Plaintiff, Stephen McCausland, must file

4  this lawsuit with the court, or the service on you of this summons and third party complaint will

   be void.  If you wish to seek the advice of an attorney in this matter, you should do so promptly

5  so that your written response, if any, may be served on time.

6      This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

7  State of Washington.

8      DATED this ___ day of September, 2015.

9                                              FLOYD, PFLUEGER & RINGER, P.S.

10

11                                         By: _____

12                                              Thomas B. Nedderman, WSBA No. 28944

13                                              Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

SUMMONS - 2                                 FLOYD, PFLUEGER & RINGER P.S.
                                            200 W. THOMAS ST., SUITE 500
                                            SEATTLE, WA  98119-4296
                                            TEL 206 441-4455
                                            FAX 206 441-8484

EX A TO VERIFICATION - 8

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 17 2015 12:33 PM

KEVIN STOCK
COUNTY CLERK
NO: 15-2-12191-5

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| STEPHEN MCCAUSLAND, an individual; | NO. |
| Plaintiff, | **SUMMONS** |
| vs. | |
| MICHAEL LONG and ELIZABETH LONG, husband and wife and the marital community composed thereof ; and RENAISSANCE CHIROPRACTIC CENTER, P.S.; jointly and severally, | |
| Defendants. | |

**TO:   ELIZABETH LONG, Defendant.**

A lawsuit has been started against you in the above entitled court by Plaintiff Stephen McCausland, and each claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within twenty (20) days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where the Plaintiff, Stephen McCausland, is entitled to what is asked for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS - 1

FLOYD, PFLUEGER & RINGER P.S.

200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484

EX A TO VERIFICATION - 9

1

2      You may demand that the Plaintiff file the Complaint with the court. If you do so, the
3  demand must be in writing and must be served upon the person signing this summons. Within
   fourteen (14) days after you serve the demand, the Plaintiff, Stephen McCausland, must file
4  this lawsuit with the court, or the service on you of this summons and third party complaint will
   be void.  If you wish to seek the advice of an attorney in this matter, you should do so promptly
5  so that your written response, if any, may be served on time.

6      This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the
   State of Washington.

7

8      DATED this __17__ day of September, 2015.

9                                              FLOYD, PFLUEGER & RINGER, P.S.

10

11

    By: _____

12        Thomas B. Nedderman, WSBA No. 28944
          Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

SUMMONS - 2                        FLOYD, PFLUEGER & RINGER P.S.
                                   200 W. THOMAS ST., SUITE 500
                                   SEATTLE, WA 98119-4296
                                   TEL 206 441-4455
                                   FAX 206 441-8484
EX A TO VERIFICATION - 10

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 17 2015 12:33 PM

KEVIN STOCK
COUNTY CLERK
NO: 15-2-12191-5

1

2

3

4

5

6

7

8

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

9   STEPHEN MCCAUSLAND, an individual;

10                Plaintiff,

11        vs.

12   MICHAEL LONG and ELIZABETH LONG,
     husband and wife and the marital community
13   composed thereof ; and RENAISSANCE
     CHIROPRACTIC CENTER, P.S.; jointly and
14   severally,

15                Defendants.

16

NO.

**SUMMONS**

17   **TO:    RENAISSANCE CHIROPRACTIC CENTER, P.S, Defendant.**

18        A lawsuit has been started against you in the above entitled court by Plaintiff Stephen
19   McCausland, and each claim is stated in the written Complaint, a copy of which is served upon
     you with this Summons.

20        In order to defend against this lawsuit, you must respond to the Complaint by stating
21   your defense in writing, and by serving a copy upon the person signing this summons within
     twenty (20) days after the service of this summons, excluding the day of service, or a default
22   judgment may be entered against you without notice. A default judgment is one where the
     Plaintiff, Stephen McCausland, is entitled to what is asked for because you have not responded.
23   If you serve a notice of appearance on the undersigned person, you are entitled to notice before
24   a default judgment may be entered.

25

SUMMONS - 1

Floyd, Pflueger & Ringer P.S.
200 W. Thomas St., Suite 500
Seattle, WA 98119-4296
Tel 206 441-4455
Fax 206 441-8484

EX A TO VERIFICATION - 11

1

2          You may demand that the Plaintiff file the Complaint with the court. If you do so, the

3  demand must be in writing and must be served upon the person signing this summons. Within

   fourteen (14) days after you serve the demand, the Plaintiff, Stephen McCausland, must file

4  this lawsuit with the court, or the service on you of this summons and third party complaint will

   be void.  If you wish to seek the advice of an attorney in this matter, you should do so promptly

5  so that your written response, if any, may be served on time.

6          This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

   State of Washington.

7

8          DATED this 11th day of September, 2015.

9                                                   FLOYD, PFLUEGER & RINGER, P.S.

10

11                                        By:  _____

12                                                Thomas B. Nedderman, WSBA No. 28944

                                                  Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

SUMMONS - 2                                        FLOYD, PFLUEGER & RINGER P.S.
                                                   200 W. THOMAS ST., SUITE 500
                                                   SEATTLE, WA  98119-4296
                                                   TEL 206 441-4455
                                                   FAX 206 441-8484
EX A TO VERIFICATION - 12

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 24 2015 1:42 PM

KEVIN STOCK
COUNTY CLERK
NO: 15-2-12191-5

IN THE SUPERIOR COURT, IN AND FOR THE COUNTY OF PIERCE, STATE OF WASHINGTON

**STEPHEN MCCAUSLAND, AN INDIVIDUAL**

Plaintiff/Petitioner

vs.

**MICHAEL V. LONG AND ELIZABETH LONG,
HUSBAND AND WIFE AND THE MARITAL
COMMUNITY COMPOSED THEREOF; ET AL.**

Defendant/Respondent

Cause No.:     **15-2-12191-5**

Hearing Date:

DECLARATION OF SERVICE OF
**SUMMONS; COMPLAINT FOR DAMAGES; ORDER
SETTING CASE SCHEDULE; CASE COVER SHEET
SHEET/CIVIL CASES**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **23rd day of September, 2015 at 3:15 PM** at the address of **4913 69TH AVE CT W, UNIVERSITY PLACE, Pierce County, WA 98467**; this declarant served the above described documents upon **MICHAEL V. LONG** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Jacob Long, DESCENDANT, CO-RESIDENT, who accepted service, with identity confirmed by verbal communication, a brown-haired White male approx. 14-17 years of age, 5'7"-5'9" tall and weighing 120-140 lbs. Elizabeth Long drove up (554-XXE) Blonde haired White female approx. 30-40 years of age, 5'6"- 5'8" tall and weighing 120-140 lbs. I told her I just served her son legal papers for, Mike & Elizabeth.** , a person of suitable age and discretion who stated they reside at the defendant's/respondent's usual place of abode listed above.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 2

For: **Floyd & Pflueger**
Ref #: **MCCAUSLAND**



Tracking #: **0008691200**

EX A TO VERIFICATION - 13

| PLAINTIFF/PETITIONER: STEPHEN MCCAUSLAND, AN INDIVIDUAL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: MICHAEL V. LONG AND ELIZABETH LONG, HUSBAND AND WIFE AND THE MARITAL COMMUNITY COMPOSED THEREOF; ... | 15-2-12191-5 |

Service Fee Total: **$ 69.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED _____ Sept 24 2015 _____.

_____ _SH_ _____

**Sean Hickey, Reg. # 14340, Pierce County, WA**


For: **Floyd & Pflueger**
Ref #: **MCCAUSLAND**

**ORIGINAL PROOF OF SERVICE**
PAGE 2 OF 2

Tracking #: **0008691200**


EX A TO VERIFICATION - 14

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 24 2015 9:23 AM

KEVIN STOCK
COUNTY CLERK
NO: 15-2-12191-5

IN THE SUPERIOR COURT, IN AND FOR THE COUNTY OF PIERCE, STATE OF WASHINGTON

| | |
|---|---|
| **STEPHEN MCCAUSLAND, AN INDIVIDUAL** | Cause No.:   **15-2-12191-5** |
| Plaintiff/Petitioner | Hearing Date: |
| vs. | |
| **MICHAEL LONG AND ELIZABETH LONG, HUSBAND AND WIFE AND THE MARITAL COMMUNITY COMPOSED THEREOF; ET AL.** | DECLARATION OF SERVICE OF SUMMONS; COMPLAINT FOR DAMAGES; ORDER SETTING CASE SCHEDULE; CASE COVER SHEET/CIVIL CASES |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **22nd day of September, 2015** at **5:45 PM** at the address of **4902 TACOMA MALL BLVD, TACOMA, Pierce County, WA 98409**; this declarant served the above described documents upon **RENAISSANCE CHIROPRATIC CENTER, P.S.** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Doug Long** , **CO-OWNER, PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by verbal communication, a gray-haired with balding white male approx. 45-55 years of age, 6'0"-6'2" tall and weighing 180-200 lbs.**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$ 69.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

September 22, 2015

DATED _____.

_____

**Trenton Bellesen, Reg. # PC # 25931, Pierce**

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

Tracking #: **0008675494**

For: **Floyd & Pflueger**
Ref #: **MCCAUSLAND B**

EX A TO VERIFICATION - 15

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 28 2015 2:49 PM

KEVIN STOCK
COUNTY CLERK
NO: 15-2-12191-5

IN THE SUPERIOR COURT, IN AND FOR THE COUNTY OF PIERCE, STATE OF WASHINGTON

**STEPHEN MCCAUSLAND, AN INDIVIDUAL**

Plaintiff/Petitioner

vs.

**MICHAEL LONG AND ELIZABETH LONG, HUSBAND AND WIFE AND THE MARITAL COMMUNITY COMPOSED THEREOF; ET AL.**

Defendant/Respondent

Cause No.:   **15-2-12191-5**

Hearing Date:

DECLARATION OF SERVICE OF
**SUMMONS; COMPLAINT FOR DAMAGES; ORDER SETTING CASE SCHEDULE; CASE COVER SHEET/CIVIL CASES**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **23rd day of September, 2015** at **3:15 PM** at the address of **4913 69TH AVE CT W, UNIVERSITY PLACE, Pierce County, WA 98467**; this declarant served the above described documents upon **ELIZABETH LONG** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Jacob Long, DESCENDANT, CO-RESIDENT, who accepted service, with identity confirmed by verbal communication, a brown-haired White male approx. 14-17 years of age, 5'7"-5'9" tall and weighing 120-140 lbs.  Elizabeth Long drove up (554-XXE) Blonde haired White female approx. 30-40 years of age, 5'6"- 5'8" tall and weighing 120-140 lbs.  I told her I just served her son legal papers for, Mike & Elizabeth.** , a person of suitable age and discretion who stated they reside at the defendant's/respondent's usual place of abode listed above.

No information was provided or discovered that indicates that the subjects served are members of the United States military.



For: **Floyd & Pflueger**
Ref #: **MCCAUSLAND A**

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 2

Tracking #: **0008705649**

| PLAINTIFF/PETITIONER: STEPHEN MCCAUSLAND, AN INDIVIDUAL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   MICHAEL LONG AND ELIZABETH LONG, HUSBAND AND WIFE AND THE MARITAL COMMUNITY COMPOSED THEREOF; ET ... | 15-2-12191-5 |

Service Fee Total: **$ 69.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED _____ Sept 25 2015 _____.

_____

**Sean Hickey, Reg. # 14340, Pierce County, WA**

**ORIGINAL PROOF OF SERVICE**
PAGE 2 OF 2



For: **Floyd & Pflueger**
Ref #: **MCCAUSLAND A**



Tracking #: **0008705649**

EX A TO VERIFICATION - 17

1

2

3

4

5

6

7

8

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

9

STEPHEN MCCLAUSLAN, an individual,

10

Plaintiff,

11

vs.

12

MICHAEL LONG and ELIZABETH LONG,
husband and wife and the marital community
composed thereof; and RENAISSANCE
CHIROPRACTIC CENTER, P.S., jointly and
severally,

13

14

15

16

Defendants.

17

18

19

20

Case No.: 15-2-12191-5

NOTICE OF APPEARANCE FOR
DEFENDANTS MICHAEL LONG,
ELIZABETH LONG, AND
RENAISSANCE CHIROPRACTIC
CENTER, P.S.

**[CLERK'S ACTION REQUIRED]**

21

TO:          CLERK OF THE ABOVE REFERENCED COURT

22

AND TO:      STEPHAN McCAUSLAND, and his attorney

23

24

YOU WILL TAKE NOTICE that the undersigned, Spencer D. Freeman, Freeman Law

25

Firm, Inc., is appearing as counsel for Defendants Michael Long, Elizabeth Long, and

26

Renaissance Chiropractic Center, P.S. in the above-entitled matter.  As such, it is requested that

NOTICE OF APPEARANCE FOR DEFENDANTS
- 1

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

1    copies of all papers and pleadings herein be served upon the undersigned at the offices located at:

2    1107 ½ Tacoma Avenue South, Tacoma, Washington 98402.

3         You are not authorized to serve any pleadings, discovery, or correspondence by way of

4    facsimile or email unless specifically, per each document, negotiated to do so with the

5    undersigned counsel.  Such authorization will only be conditioned and accepted upon service on

6    this office during the hours of 9:00 a.m. through 4:30 p.m., Pacific Standard Time, on Monday

7    through Friday, unless deemed a court holiday.

8    DATED:  September 28, 2015.

9

10                                    Respectfully submitted,

11
                                      FREEMAN LAW FIRM, INC.
12

13

14        By:
                                      Spencer Freeman
15                                    WSBA No. 25069
                                      Attorney for Defendants
16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE FOR DEFENDANTS            **FREEMAN LAW FIRM, INC.**
- 2                                            1107 ½ Tacoma Avenue South
                                               Tacoma, WA 98042
                                               (253) 383-4500 - (253) 383-4501 (fax)

EX A TO VERIFICATION - 19

1

2

3

4

5

6

7 IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

8

9 STEPHEN MCCAUSLAND, an individual,

10 Plaintiff,

Case No.: 15-2-12191-5

11 vs.

12 MICHAEL LONG and ELIZABETH LONG,
husband and wife and the marital community
13 composed thereof; and RENAISSANCE
CHIROPRACTIC CENTER, P.S., jointly and
14 severally,

DEFENDANTS ANSWER TO
COMPLAINT FOR DAMAGES,
AFFIRMATIVE DEFENSES AND
DEFENDANT MICHAEL LONG'S
COUNTERCLAIMS

15

16 Defendants.

17

18

19

20 COMES NOW DEFENDANTS MICHAEL LONG, ELIZABETH LONG, and

21 RENAISSANCE CHIROPRACTIC CENTER, P.S., by and through their undersigned counsel of

22 record, Spencer D. Freeman, Freeman Law Firm, Inc., and submit the following Answer,

23 Affirmative Defenses, and DEFENDANT MICHAEL LONG'S COUNTERCLAIM.

**I. PARTIES**

24

25 1.      Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

26 P.S. deny the allegations in Paragraph 1.1 of the Complaint For Damages.

DEFENDANT LIBERTY BAIL BONDS, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES
- 1

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

1      2.      Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

2  P.S. admit the allegations in Paragraph 1.2 of the Complaint For Damages.

3      3.      Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

4  P.S. deny the allegations in Paragraph 1.3 of the Complaint For Damages.

5                          **II.  JURISDICTION AND VENUE**

6      4.      Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

7  P.S. deny the allegations in Paragraph 2.1 of the Complaint For Damages to the extent that

8  Plaintiff is a resident of Pierce County and admits the remaining allegations in Paragraph 2.1 of

9  the Complaint For Damages.

10                          **III. STATEMENT OF FACTS**

11     5.      Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

12  P.S. deny the allegations in Paragraph 3.1 of the Complaint For Damages.

13     6.      Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

14  P.S. admit the allegations in Paragraph 3.2 of the Complaint For Damages.

15     7.      Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

16  P.S. deny the allegations in Paragraph 3.3 of the Complaint For Damages.

17     8.      Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

18  P.S. admit the allegations in Paragraph 3.4 of the Complaint For Damages.

19     9.      Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

20  P.S. deny the allegations in Paragraph 3.5 of the Complaint For Damages to the extent that the

21  description of the flags applies to all flags used or the flags used by Michael Long and deny that

22  the flags "often shift so that the flags fall down the front center of the waist near the crotch."

23  Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center, P.S. otherwise

24  admit the allegations in Paragraph 3.5 of the Complaint For Damages.

25     10.     Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

26  P.S. deny the allegations in Paragraph 3.6 of the Complaint For Damages.

DEFENDANT LIBERTY BAIL BONDS, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES
- 2

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

EX A TO VERIFICATION - 21

1       11.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

2  P.S. deny the allegations in Paragraph 3.7 of the Complaint For Damages.

3       12.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

4  P.S. deny the allegations in Paragraph 3.8 of the Complaint For Damages.

5       13.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

6  P.S. deny the allegations in Paragraph 3.9 of the Complaint For Damages.

7       14.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

8  P.S. deny the allegations in Paragraph 3.10 of the Complaint For Damages.

9       15.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

10  P.S. admit the allegations in Paragraph 3.11 of the Complaint For Damages.

11       16.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

12  P.S. admit the allegations in Paragraph 3.12 of the Complaint For Damages.

13       17.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

14  P.S. deny the allegations in Paragraph 3.13 of the Complaint For Damages.

15       18.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

16  P.S. deny the allegations in Paragraph 3.14 of the Complaint For Damages.

17       19.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

18  P.S. deny the allegations in Paragraph 3.15 of the Complaint For Damages.

19       20.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

20  P.S. deny the allegations in Paragraph 3.16 of the Complaint For Damages.

21       21.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

22  P.S. deny the allegations in Paragraph 3.17 of the Complaint For Damages.

23       22.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

24  P.S. deny the allegations in Paragraph 3.18 of the Complaint For Damages.

25       23.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

26  P.S. deny the allegations in Paragraph 3.19 of the Complaint For Damages.

DEFENDANT LIBERTY BAIL BONDS, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES
- 3

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

EX A TO VERIFICATION - 22

1   24.   Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,
2   P.S. deny the allegations in Paragraph 3.20 of the Complaint For Damages.

3   25.   Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,
4   P.S. deny the allegations in Paragraph 3.21 of the Complaint For Damages.

5   26.   Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,
6   P.S. deny the allegations in Paragraph 3.22 of the Complaint For Damages.

7   27.   Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,
8   P.S. deny the allegations in Paragraph 3.23 of the Complaint For Damages.

9   28.   Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,
10   P.S. deny the allegations in Paragraph 3.24 of the Complaint For Damages.

11   29.   Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,
12   P.S. deny the allegations in Paragraph 3.25 of the Complaint For Damages.

13   30.   Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,
14   P.S. deny the allegations in Paragraph 3.26 of the Complaint For Damages.

15   31.   Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,
16   P.S. deny the allegations in Paragraph 3.27 of the Complaint For Damages.

17   32.   Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,
18   P.S. deny the allegations in Paragraph 3.28 of the Complaint For Damages.

19   33.   Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,
20   P.S. lack sufficient information regarding the allegations in Paragraph 3.29 of the Complaint For
21   Damages, and therefore deny the same.

22   34.   Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,
23   P.S. deny the allegations in Paragraph 3.30 of the Complaint For Damages.

24   35.   Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,
25   P.S. deny the allegations in Paragraph 3.31 of the Complaint For Damages.

26   36.   Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

DEFENDANT LIBERTY BAIL BONDS, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES
- 4

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

EX A TO VERIFICATION - 23

1    P.S. deny the allegations in Paragraph 3.32 of the Complaint For Damages.

2        37.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

3    P.S. deny the allegations in Paragraph 3.33 of the Complaint For Damages.

4        38.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

5    P.S. deny the allegations in Paragraph 3.34 of the Complaint For Damages.

6                            **IV.  CAUSES OF ACTION**

7        **A.    First Claim for Relief: Defamation *Per Se***

8        39.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

9    P.S. reassert all answers to paragraphs 1 through 3.34 of the Complaint for damages, in response

10   to Paragraph 4.1 of the Complaint For Damages.

11       40.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

12   P.S. deny the allegations in Paragraph 4.2 of the Complaint For Damages.

13       41.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

14   P.S. deny the allegations in Paragraph 4.3 of the Complaint For Damages.

15       42.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

16   P.S. deny the allegations in Paragraph 4.4 of the Complaint For Damages.

17       43.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

18   P.S. deny the allegations in Paragraph 4.5 of the Complaint For Damages.

19       44.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

20   P.S. deny the allegations in Paragraph 4.6 of the Complaint For Damages.

21       45.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

22   P.S. deny the allegations in Paragraph 4.7 of the Complaint For Damages.

23       **B.    Second Claim for Relief: Defamtion**

24       46.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

25   P.S. reassert all answers to paragraphs 1 through 4.7 of the Complaint for damages, in response

26   to Paragraph 4.8 of the Complaint For Damages.

DEFENDANT LIBERTY BAIL BONDS, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES
- 5

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

EX A TO VERIFICATION - 24

1      47.     Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

2   P.S. deny the allegations in Paragraph 4.9 of the Complaint For Damages.

3      48.     Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

4   P.S. deny the allegations in Paragraph 4.10 of the Complaint For Damages.

5      49.     Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

6   P.S. deny the allegations in Paragraph 4.11 of the Complaint For Damages.

7      50.     Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

8   P.S. deny the allegations in Paragraph 4.12 of the Complaint For Damages.

9      51.     Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

10   P.S. deny the allegations in Paragraph 4.13 of the Complaint For Damages.

11      52.     Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

12   P.S. deny the allegations in Paragraph 4.14 of the Complaint For Damages.

13      **C.**      **Third Claim for Relief: Libel *Per Se***

14      53.     Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

15   P.S. reassert all answers to paragraphs 1 through 4.14 of the Complaint for damages, in response

16   to Paragraph 4.15 of the Complaint For Damages.

17      54.     Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

18   P.S. deny the allegations in Paragraph 4.16 of the Complaint For Damages.

19      55.     Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

20   P.S. deny the allegations in Paragraph 4.17 of the Complaint For Damages.

21      56.     Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

22   P.S. deny the allegations in Paragraph 4.18 of the Complaint For Damages.

23      57.     Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

24   P.S. deny the allegations in Paragraph 4.19 of the Complaint For Damages.

25      58.     Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

26   P.S. deny the allegations in Paragraph 4.20 of the Complaint For Damages.

DEFENDANT LIBERTY BAIL BONDS, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES
- 6

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

EX A TO VERIFICATION - 25

1

    **D.**    **Fourth Claim for Relief: Slander**

2        59.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

3  P.S. reassert all answers to paragraphs 1 through 4.20 of the Complaint for damages, in response

4  to Paragraph 4.21 of the Complaint For Damages.

5        60.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

6  P.S. deny the allegations in Paragraph 4.22 of the Complaint For Damages.

7        61.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

8  P.S. deny the allegations in Paragraph 4.23 of the Complaint For Damages.

9        62.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

10  P.S. deny the allegations in Paragraph 4.24 of the Complaint For Damages.

11        63.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

12  P.S. deny the allegations in Paragraph 4.25 of the Complaint For Damages.

13        64.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

14  P.S. deny the allegations in Paragraph 4.26 of the Complaint For Damages.

15

    **E.**    **Fifth Claim for Relief:  Outrage and Intentional Infliction of Emotional Distress**

16

17        65.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

18  P.S. reassert all answers to paragraphs 1 through 4.26 of the Complaint for damages, in response

19  to Paragraph 4.27 of the Complaint For Damages.

20        66.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

21  P.S. deny the allegations in Paragraph 4.28 of the Complaint For Damages.

22        67.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

23  P.S. deny the allegations in Paragraph 4.29 of the Complaint For Damages.

24        68.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

25  P.S. deny the allegations in Paragraph 4.30 of the Complaint For Damages.

26        69.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

DEFENDANT LIBERTY BAIL BONDS, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES
- 7

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

EX A TO VERIFICATION - 26

1 │ P.S. deny the allegations in Paragraph 4.31 of the Complaint For Damages.

2 │     70.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

3 │ P.S. deny the allegations in Paragraph 4.32 of the Complaint For Damages.

4 │     71.    Defendants Michael Long, Elizabeth Long, and Renaissance Chiropractic Center,

5 │ P.S. deny the allegations in Paragraph 4.33 of the Complaint For Damages.

6 │ **AFFIRMATIVE DEFENSES**

7 │     72.    Plaintiff's claims are barred, in whole or in part, by Plaintiff's failure to mitigate

8 │ damages.

9 │     73.    Plaintiff's damages, if any, are proximately caused by Plaintiff's own conduct,

10 │ negligence, fault, and/or comparative fault for which Defendant is neither answerable nor

11 │ responsible.

12 │     74.    Plaintiff's damages, if any, may have been the result of acts, omissions,

13 │ conditions or fault of third persons over whom Defendant had no control or right of control.

14 │     75.    In the event that Plaintiff is awarded damages against Defendant, then Defendants

15 │ are entitled to an offset for Plaintiff's own negligence and fault, and the negligence and fault of

16 │ other parties and non-parties.

17 │     76.    Defendants reserve the right to amend this Answer to include additional claims or

18 │ defenses as may be required.

19 │ **DEFENDANT MICHALE LONG'S COUNTERCLAIM AGAINST PLAINTIFF**

20 │     **A.**    **First Claim: Sexual Battery November 2013.**

21 │     77.    Plaintiff/CounterClaim Defendant McCausland was, at all relevant times herein,

22 │ employed, in part, as a youth pastor at Sunset Bible Church, in University Place, Washington.

23 │     78.    Defendant/CounterClaim Plaintiff Michael Long was, at all relevant times herein,

24 │ a member of the congregation at Sunset Bible Church, in University Place, Washington.

25 │     79.    Sunset Bible Church holds, and held, an annual flag football game during

26 │ Thanksgiving weekend for its congregation and parishioners.

DEFENDANT LIBERTY BAIL BONDS, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES
- 8

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

1    80.    McCausland and Michael Long were both participants in the Sunset Bible Church
2    annual flag football game in November 2013.

3    81.    During the November 2013 flag football game, McCausland engaged in offensive
4    and/or harmful sexual contact against Michael Long by grabbing and holding on to Michael
5    Long's genitals.

6    82.    McCausland intended to grab and hold Michael Long's genitals.

7    83.    McCausdand's act in grabbing Michael Long's genitals caused injury to Michael
8    Long, including mental anguish and emotional distress.

9    **B.    Second Claim: Sexual Battery November 2014.**

10   84.    Defendant/CounterClaim Plaintiff Michael Long repeats, re-alleges, and
11   incorporates by reference each and every preceding allegation set forth herein.

12   85.    Plaintiff/CounterClaim Defendant McCausland was, at all relevant times herein,
13   employed, in part, as a youth pastor at Sunset Bible Church, in University Place, Washington.

14   86.    Defendant/CounterClaim Plaintiff Michael Long was, at all relevant times herein,
15   a member of the congregation at Sunset Bible Church, in University Place, Washington.

16   87.    Sunset Bible Church holds, and held, an annual flag football game during
17   Thanksgiving weekend for its congregation and parishioners.

18   88.    McCausland and Michael Long were both participants in the Sunset Bible Church
19   annual flag football game in November 2014.

20   89.    During the November 2014 flag football game, McCausland engaged in offensive
21   and/or harmful sexual contact against Michael Long by grabbing and holding on to Michael
22   Long's genitals.

23   90.    McCausland intended to grab and hold Michael Long's genitals.

24   91.    McCausland's act in grabbing Michael Long's genitals caused injury to Michael
25   Long, including mental anguish and emotional distress.

26

DEFENDANT LIBERTY BAIL BONDS, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES
- 9

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

EX A TO VERIFICATION - 28

1

2                                **PRAYER FOR RELIEF**

3                                **PRAYER FOR RELIEF**

4          Wherefore, Michael Long, Elizabeth Long, and Renaissance Chiropractic Center, P.S.

5   request this Court grant the following relief:

6          1.      Deny all of Plaintiff's request for damages;

7          2.      Monetary award for damages suffered by Michael Long in an amount to be

8   proven at trial;

9          3.      Costs of litigation, including reasonable attorney fees and costs; and

10  Such other relief as the Court deems just and proper.

11

12          Dated this 12ᵗʰ day of October, 2015.

13

14

15                                **FREEMAN LAW FIRM, INC.**

16

17

18                                Spencer D. Freeman
19                                WSBA No. 25069
                                  FREEMAN LAW FIRM, INC.
20                                1107 ½ Tacoma Avenue South
                                  Tacoma, WA 98402
21                                Telephone:  (253) 383-4500
                                  Facsimile:  (253) 383-4501
22                                sfreeman@freemanlawfirm.org

23                                Attorney for Defendants/CounterClaim Plaintiff

24

25

26

DEFENDANT LIBERTY BAIL BONDS, INC.'S                    **FREEMAN LAW FIRM, INC.**
ANSWER AND AFFIRMATIVE DEFENSES                         1107 ½ Tacoma Avenue South
- 10                                                    Tacoma, WA 98042
                                                        (253) 383-4500 - (253) 383-4501 (fax)

HONORABLE BRYAN CHUSHCOFF

**RECEIVED**

10·30·15
10·30·15
N/A

FREEMAN LAW FIRM, INC.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

STEPHEN MCCAUSLAND, an individual;

        Plaintiff,

vs.

MICHAEL LONG and ELIZABETH LONG, husband and wife and the marital community composed thereof ; and RENAISSANCE CHIROPRACTIC CENTER, P.S.; jointly and severally,

        Defendants.

NO.  15-2-12191-5

PLAINTIFF'S ANSWER TO
DEFENDANT MICHAEL LONG'S
COUNTERCLAIM

COMES NOW the Plaintiff Stephen McCausland, by and through his attorney of record, and hereby Answers Defendant Michael Long's Counterclaim as follows:

**A. First Claim: Sexual Battery November 2013**

    1.  In answer to Paragraph 77 of the Counterclaim, Plaintiff admits the same.

    2.  In answer to Paragraph 78 of the Counterclaim, Plaintiff admits the same.

    3.  In answer to Paragraph 79 of the Counterclaim, Plaintiff admits the same.

    4.  In answer to Paragraph 80 of the Counterclaim, Plaintiff admits the same.

    5.  In answer to Paragraph 81 of the Counterclaim, Plaintiff denies the same.

PLAINTIFF'S ANSWER TO DEFENDANT MICHAEL
LONG'S COUNTERCLAIM - 1

FLOYD, PFLUEGER & RINGER P.S.

200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484



EX A TO VERIFICATION - 30

6.   In answer to Paragraph 82 of the Counterclaim, Plaintiff denies the same.

7.   In answer to Paragraph 83 of the Counterclaim, Plaintiff denies the same.

**B.   Second Claim: Sexual Battery November 2014**

8.   In answer to Paragraph 84 of the Counterclaim, the Plaintiff incorporates by reference its each and every preceding allegation as though fully set forth herein.

8.   In answer to Paragraph 85 of the Counterclaim, Plaintiff admits the same.

9.   In answer to Paragraph 86 of the Counterclaim, Plaintiff admits the same.

10.  In answer to Paragraph 87 of the Counterclaim, Plaintiff admits the same.

11.  In answer to Paragraph 88 of the Counterclaim, Plaintiff admits the same.

12.  In answer to Paragraph 89 of the Counterclaim, Plaintiff denies the same.

13.  In answer to Paragraph 90 of the Counterclaim, Plaintiff denies the same.

14.  In answer to Paragraph 91 of the Counterclaim, Plaintiff denies the same.

## PRAYER FOR RELIEF

Plaintiff denies that Defendant Michael Long is entitled to any of the relief sought in that section of his Counterclaim entitled "Prayer for Relief."

## AFFIRMATIVE DEFENSES

Without admitting any of the allegations previously denied, Plaintiff McCausland alleges the following by way of affirmative defenses:

1.   Defendant Michael Long's counterclaim fails to state a claim upon which relief can be granted.

2.   No act or omission of the Plaintiff proximately caused the alleged damage to Defendant Michael Long.

PLAINTIFF'S ANSWER TO DEFENDANT MICHAEL
LONG'S COUNTERCLAIM - 2

FLOYD, PFLUEGER & RINGER P.S.

200 W. Thomas St., Suite 500
Seattle, WA 98119-4296
Tel 206 441-4455
Fax 206 441-8484

EX A TO VERIFICATION - 31

3.      Defendant Michael Long's injuries and/or damages are the result of pre-existing injuries, physical conditions, and/or psychological conditions.

4.      Defendant Michael Long has failed to fully mitigate his alleged damages, and has failed to protect himself from avoidable consequences.

5.      Plaintiff hereby reserves the right to assert additional affirmative defenses that may be identified through continuing investigation and discovery in this matter, or abandon any affirmative defense herein asserted as future discovery dictates.

## PLAINTIFF'S PRAYER FOR RELIEF

WHEREFORE, having answered Defendant Michael Long's Counterclaim and asserted affirmative defenses thereto, Plaintiff prays as follows:

1.      That Defendant Michael Long's Counterclaim be dismissed with prejudice and without costs;

2.      That the Plaintiff be awarded its costs and attorneys' fees incurred in the defense of this Counterclaim; and

3.      For other such and equitable relief that the Court deems appropriate.

DATED this _____ day of October, 2015.

FLOYD, PFLUEGER & RINGER, P.S.

By: _____

Thomas B. Nedderman, WSBA No. 28944
Attorney for Plaintiff Stephen McCausland

PLAINTIFF'S ANSWER TO DEFENDANT MICHAEL
LONG'S COUNTERCLAIM - 3

FLOYD, PFLUEGER & RINGER P.S.

200 W. Thomas St., Suite 500
Seattle, WA 98119-4296
Tel 206 441·4455
Fax 206 441·8484

EX A TO VERIFICATION - 32

1

## CERTIFICATE OF SERVICE

2

3      The undersigned hereby certifies under penalty of perjury under the laws of the State of

Washington, that on the date noted below, a true and correct copy of the foregoing was

4

delivered and/or transmitted in the manner(s) noted below:

5

6    Spencer Freeman                   *Counsel for Defendants*      [X] Via Messenger
     Freeman Law Firm                  *Michael Long, Elizabeth*     [X] Via Email
7    1107 ½ Tacoma Avenue South        *Long and Renaissance*        [  ] Via Facsimile
     Tacoma, WA  98402                 *Chiropractic Center, PS*     [  ] Via U.S. Mail

8

9    DATED this  28ᵗʰ day of October, 2015

10

11

12                              Yalda Bintazan, Legal Assistant

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S ANSWER TO DEFENDANT MICHAEL      FLOYD, PFLUEGER & RINGER P.S.
LONG'S COUNTERCLAIM - 4                      200 W. THOMAS ST., SUITE 500
                                             SEATTLE, WA  98119-4296
                                             TEL 206 441·4455
                                             FAX 206 441·8484

EX A TO VERIFICATION - 33

1
- Defendants' Answer, Affirmative Defenses and Defendant Michael Long's Counterclaims;
2
- Plaintiff's Answer to Defendant Michael Long's Counterclaims;
- Notice to Pierce County Superior Court of Filing Notice of Removal to the United States District Court for the Western District of Washington;
3

4
DATED this 8th day of January, 2016.

5
**FREEMAN LAW FIRM, INC.**

6

7
By  /s/ Spencer D. Freeman
8
Spencer D. Freeman, WSBA No. 25069
1107 ½ Tacoma Avenue South
Tacoma, Washington  98042
9
253-383-4500
253-383-45101 (fax)
10
sfreeman@freemanlawfirm.org

11
Attorneys for Defendants Michael V. Long, Elizabeth Long and Renaissance Chiropractic Center, P.S.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFS' VERIFICATION OF STATE
COURT PLEADINGS - 2

1

## CERTIFICATE OF SERVICE

2        The undersigned certifies that a copy of the foregoing document was served on all parties

3   of record via electronic transmission or, if not registered for receipt of notice of electronic

4   filings, by facsimile and/or first class mail.

5        **Counsel for Plaintiff**:

6        Thomas Nedderman
         Floyd, Pflueger & Ringer P.S.
7        200 W. Thomas St., Suite 500
         Seattle, WA 98119
8        206-441-4455
         206-441-8484 (fax)
9        tnedderman@floyd-ringer.com

10

11   DATED:        January 8th, 2016.

12

13                                        _____ */s/ Spencer D. Freeman* _____
                                          Spencer D. Freeman
14                                        FREEMAN LAW FIRM, INC.

15

16

17

18

19

20

21

22

23

24

25

26

DEFS' VERIFICATION OF STATE
COURT PLEADINGS - 3

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)