HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN McCAUSLAND,<br><br>        Plaintiff,<br>   v.<br><br>MICHAEL and ELIZABETH LONG, et al,<br><br>        Defendants. | CASE NO. C16-5018RBL<br><br>ORDER ON MOTIONS FOR SUMMARY JUDGMENT |

The Court is presented by dual motions for summary judgment. Plaintiff McCausland moves for summary judgment on Defendant Michael Long's "Sexual Battery" Counterclaim." [Dkt. #35]. The Long Defendants move for summary judgment on McCausland's Defamation and Intentional Infliction of Emotional Distress Claims. [Dkt. #37].

The claims stem from two Thanksgiving Day flag football games involving members of the Sunset Bible Church; one in 2013, the other in 2014. Mike Long alleges that in each game McCausland grabbed and fondled his penis and testicles. The 2013 grab was ignored. The second was not.

Defendants Mike and Elizabeth Long reported the incidents to the entire Sunset congregation, complete with recommendations for McCausland's termination, notification to

ORDER ON MOTIONS FOR SUMMARY
JUDGMENT - 1

Child Protective Services, a sexual offender evaluation (including a polygraph) and a warning to the Church's youth.

This tragic tale is steeped in enmity borne out of behavior that was accidental or intentional, misunderstood or "called out" for what it was. Such questions are inherently factual and depend on the credibility of the participants. Such questions fall squarely within the purview of the jury. Summary Judgment is inappropriate in such a factually rich story.

The Motions [Dkt. #35 and #37] are **DENIED**.

IT IS SO ORDERED.

Dated this 2nd day of January, 2018.

_____
Ronald B. Leighton
United States District Judge